No. 95–7284. GRAHAM *v.* COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–7298. TOKHTAMESHEV *v.* AMERICAN NATIONAL CAN Co. C. A. 3d Cir. Certiorari denied.

No. 95–7304. JONES *v.* BLISS ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–7337. VARGAS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–7397. MAYFIELD *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 95–7404. LAWSON *v.* BLANKENSHIP ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–7465. ANDERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7480. PASQUALE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7481. SWINT *v.* RENO, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–7489. TYLER *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 95–7490. YOUNG *v.* HANSEN ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–7501. ROBINSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7502. HAYWOOD *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. 11th Cir. Certiorari denied.

No. 95–7520. ABNER *v.* FLORIDA DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES. C. A. 11th Cir. Certiorari denied.

No. 95–7522. WATKIS *v.* WEST, SECRETARY OF THE ARMY, ET AL. C. A. 4th Cir. Certiorari denied.